ROUTH CRABTREE OLSEN, P.S.
EDWARD WEBER, ESQUIRE, #194963
JONATHAN J DAMEN, ESQUIRE, # 251869
505 N. Tustin Ave, Suite 243
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile 714-277-4899
Email jdamen@rcolegal.com

RCO No.: 7021.36680
Attorneys for BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

# UNITED STATES BANKRUPTCY COURT

## NORTHERN CALIFORNIA DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>**Steven Wade Ornoski, Jr<br>and Blythe Rose Ornoski<br>fka Blythe Rose Nelson**<br><br>Debtor(s). | Bk. No. 09-12827-AJ<br><br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN**<br><br>**Hearing:**<br>Date: May 3, 2010<br>Time: 1:30 pm<br>Location: US Bankruptcy Court<br>99 South E Street<br>Santa Rosa, CA 95404 |

COMES NOW, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME

LOANS SERVICING LP (hereinafter "Creditor") and hereby withdraws, without prejudice, its

---
NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

1

Objection to Confirmation of Plan and related documents (Docket # 36).

Date:   April 20, 2010              Respectfully submitted,
                                    **ROUTH | CRABTREE | OLSEN, P.S.**
                                    Attorneys for BAC HOME LOANS
                                    SERVICING, LP FKA COUNTRYWIDE
                                    HOME LOANS SERVICING LP

                                    By: /s/Jonathan  J Damen

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

2

PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 505 N. Tustin Ave., Suite 243, Santa Ana, California, 92705. On the date stated below, I served within **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail as follows:

Steven Wade Ornoski, Jr
P.O. Box 1378
Willits, CA 95490

Blythe Rose Ornoski
fka Blythe Rose Nelson
P.O. Box 1378
Willits, CA 95490

Daniel B. Beck
Beck Law, P.C.
2681 Cleveland Ave.
Santa Rosa, CA 95403

David E. Burchard
393 Vintage Park Drive
Suite 150
Foster City, CA 94404

U.S. Trustee (SR)
235 Pine Street
Suite 700
San Francisco, CA 94104

Harley-Davidson Credit Corporation
PO Box 829009
Dallas, TX 75382

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Service was made and this declaration was executed on April 20, 2010 at Santa Ana, California.

By: /s/Margaret Rafter

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**
3